UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED:   3/25/2026          │
└─────────────────────────────────┘
```

VICTOR DIDIA,

                    Plaintiff,

          -against-

PELOTON INTERACTIVE INC. and SAQUIB
BAIG,

                    Defendants.

26-cv-44 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the parties shall file a joint status letter within three days

of the conclusion of the mediation.

**SO ORDERED.**

**Date:  March 25, 2026**                         _____
**       New York, NY**                           **MARY KAY VYSKOCIL**
                                                  **United States District Judge**